**Order entered March 11, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00272-CV

### IN THE INTEREST OF S.A.B. AND B.M.B., CHILDREN

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-54998-2014**

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. The reporter's record is overdue. The clerk's record contains both appellant's statement of inability to afford payment of court costs and his request for the reporter's record. Because appellant is entitled to proceed without payment of costs, we **ORDER** Destiny Moses, Official Court Reporter for the 416th Judicial District Court, to file the reporter's record no later than **March 23, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Moses and all parties.

/s/     KEN MOLBERG
JUSTICE